UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

-------------------------------------------------X

Joyce Dennis,

        Plaintiff,

- against -

Central Intelligence Agency, also known as C.I.A.,

        Defendants.

-------------------------------------------------X

ORIGINAL
CV 12 4207

COMPLAINT

RECEIVED
AUG 21 2012
PRO SE OFFICE

ORENSTEIN, M.J.

GLEESON, J.

I. Parties:

Plaintiff Joyce Dennis resides at 1424 Herkimer, Rm 401, Brooklyn, NY 11233.

Defendant C.I.A., resides at the U.S. Gov't, the USA

II. The jurisdiction of the Court is invoked pursuant to Plaintiff lives at the above address in the Eastern District of New York

III. Statement of Claim.

I, Joyce Dennis, Plaintiff, I received Defendant's acknowledgment of my appeal request in/on July 13, 2012 and I have been waiting over 30 days for defendants reply, it is/today's date is August 21, 2012 and I've received no response yet.

Please note attached copy of Defendant's letter.

Page 1 of 2

IV. Remedy.

I, Joyce Dennis, Plaintiff in this matter seek a complete, full and total injuntive relief permanetly of all and every action and works of Defendant.

I, Joyce Dennis, Plaintiff seek a full, complete and total disclosure of Defendants records on/in Defendant's files

8/21/12
Date

*Joyce Dennis* (signature)
Sign Your Name

347-661-7892
Telephone Number

Central Intelligence Agency



Washington, D.C. 20505

JUL 13 2012

Ms. Joyce Dennis
1424 Herkimer, 401-173
Brooklyn, NY 11233

Reference: P-2012-01035

Dear Ms. Dennis:

    We received your 15 June 2012 letter appealing our 24 May 2012 final response to your Privacy Act request referenced above.

    Your appeal has been accepted and arrangements will be made for its consideration by the appropriate members of the Agency Release Panel. You will be advised of the determinations made.

    In order to afford requesters the most equitable treatment possible, we have adopted the policy of handling appeals on a first-received, first-out basis. Despite our best efforts, the large number of appeals that CIA receives has created unavoidable processing delays making it unlikely that we can respond within 20 working days. In view of this, some delay in our reply must be expected, but every reasonable effort will be made to respond as soon as possible.

Sincerely,

Michele Meeks
Information and Privacy Coordinator